| | |
|---|---|
| **DeNITTIS OSEFCHEN PRINCE, P.C.** | **SHAMIS & GENTILE, P.A.** |
| Ross H. Schmierer, Esq. (RS 7215) | Andrew J. Shamis, Esq. |
| 525 Route 73 North, Suite 410 | 14 NE 1st Ave, Suite 400 |
| Marlton, New Jersey 08053 | Miami, Florida 33132 |
| (856) 797-9951 | (305) 479-2299 |
| rschmierer@denittislaw.com | ashamis@shamisgentile.com |

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK METZLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JERSEY CHAMP, LLC<br><br>Defendant. | Case No.:  3:18-cv-10984-BRM-DEA |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action against Defendant in its entirety, with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of any absent putative class members.

Dated: July 23, 2018

                              **DeNITTIS OSEFCHEN PRINCE, P.C.**

              By:    s/Ross H. Schmierer
                        Ross H. Schmierer, Esq. (RS-7215)
                        525 Route 73 North, Suite 410
                        Marlton, New Jersey 08053
                        (856) 797-9951
                        rschmierer@denittislaw.com